ERNEST E. PRICE (SBN 164534), eprice@ropers.com
ARNOLD E. SKLAR (SBN 051595), asklar@ropers.com
**ROPERS, MAJESKI, KOHN & BENTLEY**
A Professional Corporation
515 South Flower Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 312-2000
Facsimile: (213) 312-2001

Attorneys for INKJETMALL.COM, LTD. and JONATHAN CONE

FILED
2006 NOV 21 PM 3:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(*Original Complaint*)

SUNDANCE IMAGE TECHNOLOGY, INC. ("SUNDANCE"), and R9 CORPORATION ("R9"),

Plaintiffs,

v.

CONE EDITIONS PRESS, LTD. ("CEP")

Defendant.

AND RELATED COUNTER-CLAIMS

(*Modified/Amended/Severed Action*)

SUNDANCE and R9,

vs.

JONATHAN CONE, and INKJETMALL.COM, LTD.

(*Modified/Severed Counter/Action*)

IJM
vs.

GARY ROGERS, d/b/a/ SUNDANCE and d/b/a/ R9; SUNDANCE and R9.

Case No. **02 CV 2258B (AJB)**

***EX PARTE* APPLICATION TO FILE EXHIBITS UNDER SEAL AND ORDER THERE ON**

DATE: January 16, 2006
TIME: 9:00 a.m.
PLACE: Courtroom 2

*Judge:* **Honorable Rudi M. Brewster**

Magistrate Judge Hon. Anthony J. Battaglia

LA/225515.1/AES

-1-

APPLICATION TO FILE EXHIBITS UNDER SEAL [PROPOSED] ORDER 02 CV 2258B (AJB)



1. Defendants Inkjetmall.com, Ltd. and Jonathon Cone apply for leave to file under seal documents designated by plaintiffs Sundance Image Technology and R9 corporation as Confidential—Attorneys Eyes Only, pursuant to the protective order entered in this case. The documents consist of deposition transcript, financial statements of plaintiff Sundance Image Technology, and portions of customer lists.

2. If the court determines for any reason not to file the documents under seal, defendants request that the documents be filed but not under seal.

3. Notice of this *ex parte* request has been given to opposing counsel. He does not oppose filing under seal.

Dated: November 14, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ERNEST E. PRICE
ARNOLD E. SKLAR
Attorneys for INKJETMALL.COM and
JONATHAN CONE

### ORDER

The attached documents shall be filed under seal. SO ORDERED

Dated: 11-21-06

_____
HON. RUDI BREWSTER
UNITED STATES DISTRICT COURT JUDGE

LA/225515.1/AES

-2-

APPLICATION TO FILE EXHIBIT UNDER SEAL
[PROPOSED] ORDER   02 CV 2258B (AJB)

| | | |
|---|---|---|
| 1 | CASE NAME: | SUNDANCE IMAGE TECHNOLOGY, INC. v. CONE EDITIONS PRESS, LTD. |
| 2 | ACTION NO.: | 02 CV 2258 B (AJB) |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 515 South Flower Street, Suite 1100, Los Angeles, CA 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

***EX PARTE* APPLICATION TO FILE EXHIBITS UNDER SEAL [PROPOSED] ORDER**

☒ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **(BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.**

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight de.

livery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Phillip H. Dyson, Esq.  
Paul Grinvalsky, Esq.  
OFFICES OF PHILIP H. DYSON  
8461 La Mesa Blvd.  
La Mesa, CA 91941-5335

Attorneys for *Plaintiff*

Phone: (619) 462-3311  
Fax: (619) 462-3382

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 14, 2006, at Los Angeles, California.

_Cheryl Scranton_  
CHERYL SCRANTON

Ropers Majeski Kohn & Bentley  
A Professional Corporation  
Los Angeles

LA/177319.1/VM1

PROOF OF SERVICE