1 | PHILIP H. DYSON, Esq. (SBN 097528)
8461 La Mesa Boulevard
2 | La Mesa, California 91941
(619) 462-3311
3

FILED

2007 JAN -8 PM 1:46

CLERK US ... COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

4 | Attorney for Plaintiffs and Counter-Defendants GARY ROGERS, SUNDANCE and R9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (Original Complaint)<br>**Sundance Image Technology, Inc.** ("Sundance"), and R9 Corporation ("R9"),<br><br>          Plaintiffs,<br>     vs.<br><br>**Cone Editions Press, Ltd. ("CEP")**<br><br>          Defendant.<br>_____<br>(Original Counter-Claim)<br>**CEP, and IJM,**<br><br>          Counter-Claimants,<br>     vs.<br><br>**Gary Rogers, d/b/a Sundance and d/b/a R9 Corporation; and Equin Technology, Inc. d/b/a www.digitalartsupplies.com,**<br><br>          Counter-Defendants.<br>_____<br>(Modified/Amended/Severed Action)<br>**Sundance and R9,**<br><br>          Plaintiffs,<br>     vs.<br><br>**Jonathon Cone and IJM,**<br><br>          Defendants.<br>_____<br>(Modified/Severed Counter-Actions)<br>**IJM**<br><br>          Counter-Claimant,<br>     vs.<br><br>**Gary Rogers, d/b/a Sundance and d/b/a R9 Corporation**<br><br>          Counter-Defendants.<br>_____ | CASE NO. 02 CV 2258B (AJB)<br><br>**EXPARTE APPLICATION<br>FOR THE FILING OF<br>EXHIBITS UNDER SEAL**<br><br>**AND PROPOSED ORDER**<br><br><br>Hearing Date: January 16, 2007<br>Time: 9:00 a.m.<br>Ctrm: 2<br><br>*Judge: Honorable Rudi M. Brewster*<br><br>**Magistrate Judge: Anthony J. Battaglia** |

- 1 -

*Ex Parte Application for the Filing of Exhibits Under Seal*

1      Plaintiffs/Cross-Defendants SUNDANCE IMAGING TECHNOLOGY, INC., and R9 CORPORATION hereby respectfully submit this Ex Parte Application for the filing of Exhibits under Seal. This Application is made based on the ground that, pursuant to the Protective Order issued in this case, the Exhibits, consisting of deposition transcripts, and financial or other information, have been designated by one party or the other, as confidential, or otherwise subject to the Protective Order.

     If the Court determines, for any reason, not to file such documents under seal, Applicants respectfully request that the Court permit the filing of the documents, but not under seal.

     Notice of this ex parte application, and the reason therefore, has been given to opposing counsel who does not oppose the filing of the documents under seal.

Dated: December **29**, 2006      Respectfully Submitted

_____
PHILIP H. DYSON, Attorney for
SUNDANCE, R9, and ROGERS

**ORDER**

     For the reasons appearing herein, the documents submitted herewith shall be filed under seal.

IT IS SO ORDERED.

Dated: **1-7-07**

_____
The Honorable Rudi M. Brewster
Judge of the United States District Court

- 2 -      *Ex Parte Application for the Filing of Exhibits Under Seal*

```
 1  PHILIP H. DYSON, Esq.
    State Bar No. 097528
 2  8461 La Mesa Boulevard
    La Mesa, California 91941
 3  (619) 462-3311

 4  Attorney for Plaintiffs and Cross-Defendants
    GARY ROGERS, SUNDANCE IMAGE TECHNOLOGY,
 5  AND R9 CORPORATION.
```

 6                UNITED STATES DISTRICT COURT

 7               SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (Original Complaint) | CASE NO. 02 CV 2258B (AJB) |
| **Sundance Image Technology, Inc.** ("Sundance"), and R9 Corporation ("R9"), | CASE NO. 03 CV 0042-K (POR) |
|  | PROOF OF SERVICE |
| Plaintiffs, vs. |  |
| **Jonathon Cone, Cone Editions Press, Ltd.** ("CEP"), and Inkjetmall.com, Ltd. ("IJM"), | Magistrate Judge: Anthony J. Battagilia |
|  | Judge: Honorable Rudi Brewster |
| Defendants. |  |
| (Original Counter-Claim) |  |
| **CEP, and IJM,** |  |
| Counter-Claimants, vs. |  |
| Gary Rogers, d/b/a Sundance and d/b/a R9 Corporation; and Equin Technology, Inc. d/b/a www.digitalartsupplies.com, |  |
| Counter-Defendants. |  |
| (Modified/Amended/Severed Action) |  |
| **Sundance and R9,** |  |
| vs. |  |
| **Jonathon Cone, and IJM,** |  |
| (Modified/Severed Counter-Action) |  |
| **IJM** |  |
| Counter-Claimant, |  |
| vs. |  |
| **Gary Rogers, d/b/a Sundance and d/b/a R9;** |  |
| Counter-Defendants |  |

## PROOF OF SERVICE

**CASE NAME:** *SUNDANCE IMAGE TECHNOLOGY vs. CONE EDITIONS PRESS*
**CASE NUMBER:** 02 CV 2258B (AJB)
**COURT:** UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF CALIFORNIA

I, Jodi Dossegger, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and that I am employed in the County of San Diego, State of California, in which county the within-mentioned service occurred. My business address is 8461 La Mesa Boulevard, La Mesa, California 91941.

On December 29, 2006, I served the following documents entitled:

1. EX PART APPLICATION FOR THE FILING OF EXHIBITS UNDER SEAL

2. **NOTICE OF CONFIDENTIALITY EXHIBITS**: **17, 24, 29, 54, 70, 73, 74, 76, 80, 82, 90, 101, 102, 103, and 108**

to the party(ies) at the address(es) shown below.

Ernest E. Price, Esq.
Arnold E. Sklar, Esq.
Ropers, Majeski, Kohn & Bently
515 South Flower Street
Suite 1100
Los Angeles, CA 90071

Attorney for Defendant, CONE & INKJETMALL.COM, LTD
TEL: 213-312-2000
FAX: 213-312-2001

[X]  **(BY U.S. FIRST CLASS MAIL)** I placed the original or a true copy of the document(s) in an envelope addressed to the party noted above, then sealed the envelope, and with the postage thereon fully prepaid, deposited in the United Sates Mail at La Mesa, California.

I am readily familiar with our law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, that this mailing will be deposited with the United States Postal Service on this date in the ordinary course of business and that I sealed and placed each envelope for collection and mailing on this date following ordinary business practices.

[ ]  **(BY FACSIMILE)** I placed a true copy of the document(s) in our facsimile machine, then sent the facsimile over United States phone lines to the facsimile number listed above.

Executed on December 29, 2006, at La Mesa, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JODI DOSSEGGER

POS#64 Ex Parte Exhibits Under Seal 122906.wpd