**ORIGINAL**



FILED

MAY 0 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDANCE IMAGE TECHNOLOGY, INC. and R9 CORPORATION,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JONATHON CONE and INKJETMALL.COM, LTD.,<br><br>　　　　　　　　Defendants. | CASE NO. 02-CV-02258-JM<br><br>**SPECIAL VERDICT** |
| INJETMALL.COM, LTD.,<br><br>　　　　　　　　Counter-Claimant,<br><br>　v.<br><br>SUNDANCE IMAGE TECHNOLOGY and R9 CORPORATION,<br><br>　　　　　　　　Counter-Defendants. | |

　　　We, the jury in the above-entitled action, find the following special verdict on the following questions submitted to us:

/ / /

/ / /

/ / /

**TRADE LIBEL CLAIM**

1. Did any defendant publish a false statement disparaging plaintiffs' Magma Inks?

   Yes  ✗

   No  _____

   If your answer is "Yes," go to Question 2.

   If your answer is "No," go to Question 7.

2. Which defendants published a false statement disparaging plaintiffs' Magma Inks? (Check "X" for all that apply.)

   Inkjetmall (IJM)  _____          Jonathan Cone (Cone)  ✗

   Go to Question 3.

3. As to each defendant identified in your answer to Question 2, did that defendant act with malice, express or implied, in making any such false statement?  (Check "X" for all that apply.)

   IJM     Yes _____        No _____
   Cone    Yes  ✗            No _____

   If your answer to Question 3 is "Yes" as to either defendant, go to Question 4 for each defendant for whom you responded "Yes" to Question 3.

   If your answer to Question 3 is "No" as to either defendant, go to Question 7.

4. For each defendant for whom you answered "Yes" in Question 3, did any such false statement made by that defendant cause either plaintiff to suffer financial loss and, if so, as to which plaintiff(s) and in what amount(s)?

   IJM   _____
         (Yes or No)

         As to Sundance   _____          $ _____
                          (Yes or No)       Amount

         As to R9         _____          $ _____
                          (Yes or No)       Amount

///

Cone _yes_
(Yes or No)

As to Sundance _yes_   $ _192,000_
(Yes or No)   Amount

As to R9 _No_   $ _0_
(Yes or No)   Amount

If you have answered "No" as to both defendants in the left-hand column, go to Question 7. If you answered "Yes" as to either defendant, then go to Question 5 as to that defendant.

5.  For any defendant you have identified as causing financial loss as to either plaintiff in your answer to Question 4, has that defendant proven that <u>all</u> such statements causing financial loss as to that plaintiff were privileged statements?

  a. As to all statements by defendant IJM concerning any financial loss to: Sundance _____
    (Yes or No)

  b. As to all statements by defendant IJM concerning any financial loss to: R9 _____
    (Yes or No)

  c. As to all statements by defendant Cone concerning any financial loss to: Sundance _No_
    (Yes or No)

  d. As to all statements by defendant Cone concerning any financial loss to: R9 _____
    (Yes or No)

For any defendant whose unprivileged statement(s) caused a financial loss to either plaintiff, go to Question 6.

/ / /

/ / /

/ / /

/ / /

/ / /

6. Is either plaintiff entitled to punitive damages against any defendant you have identified in your answer to Question 5 as causing a financial loss to that plaintiff? If so, please identify the defendant against whom punitive damages are recoverable.

    Against IJM   _____
                       (Yes or No)
    In favor of:

        Sundance   _____
                       (Yes or No)

        R9   _____
           (Yes or No)

    Against Cone   **Yes**
                        (Yes or No)
    In favor of:

        Sundance   **Yes**
                       (Yes or No)

        R9   **No**
           (Yes or No)

### BREACH OF WARRANTY

7. Is IJM entitled to recover against Sundance on its claim for breach of warranty?

    **Yes**
    (Yes or No)

If your answer is "Yes," what amount of damages do you find has been suffered by IJM on its claim for breach of warranty? $**30,975**

DATED: **5-8-07**



FOREPERSON