1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

SOUTHERN DISTRICT OF CALIFORNIA

11

12
13
SUNDANCE IMAGE TECHNOLOGY, INC. )   Case No. 02cv2258 JM(AJB)
("SUNDANCE") and R9 CORPORATION )
("R9"),                          )
                                 )   JUDGMENT
14
                    Plaintiffs,  )
v.                               )
15
                                 )
CONE EDITIONS PRESS, LTD. ("CEP") )
16
                                 )
                    Defendant.   )
17
_____ )
And all related counter-claims.  )
18
_____ )

19      On April 23, 2007, this matter proceeded to trial before jury on Plaintiffs' claims of Trade Libel

20 and State Law Unfair Competition (violation of Business & Professions Code §17200), and Defendant

21 IJM's Breach of Warranty counter-claim.

22      Prior to trial, Plaintiff R9's claim of copyright infringement and both Plaintiffs' claims against

23 both Defendant IJM and Defendant Cone for promissory fraud and defamation, and any claim against

24 Defendant Cone based on alter ego, were all disposed of on Summary Judgment in Defendants' favor.

25      On November 23, 2005, the court entered its Order awarding Defendants their attorneys' fees in

26 the amount of $28,063.20 in connection with Plaintiff R9's claim of copyright infringement.

27      On May 8, 2007, the Jury returned its Special Verdict finding (1) compensatory damages in

28 favor of Plaintiff Sundance as against Defendant Cone, individually, in the amount of $192,000.00, and

(2) compensatory damages in favor of Cross-claimant IJM against Cross-defendant Sundance in the amount of $30, 975.00. The Jury additionally found malice as against Defendant Cone.  Plaintiff Sundance took nothing against Defendant IJM.  Defendant R9 took nothing against Defendant Cone or Defendant IJM.

On August 2, 2007, the matter proceeded to an evidentiary hearing before the Court, without jury, on the amount of punitive damages that should be awarded against Defendant Cone.

On August 20, 2007, the Court entered its Order awarding $25,000.00 in punitive damages in favor of Plaintiff Sundance and against Defendant Cone.

**NOW THEREFORE, JUDGMENT IS ENTERED AS FOLLOWS:**

(1)     In favor of Plaintiff Sundance and against Defendant Cone in the amount of $192,000 in compensatory damages;

(2)     In favor of Counter-claimant IJM and against Counter-defendant Sundance in the amount of $30,975.00 in compensatory damages;

(3)     In favor of Defendants IJM and Cone and against Plaintiff R9 in the amount of $28,063.20 for the aforementioned attorneys' fees award on the copyright claims;

(4)     Defendant Cone is enjoined from publishing the Technical Bulletin (Trial Exhibit 406).

The court finds that no party is a "prevailing party" entitled to recover its court costs.  All parties shall bear their own costs and fees.

IT IS SO ORDERED.

DATED:  September 26, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge