UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDANCE IMAGE TECHNOLOGY, INC. ("SUNDANCE") and R9 CORPORATION ("R9"),<br><br>           Plaintiffs,<br>v.<br><br>CONE EDITIONS PRESS, LTD. ("CEP")<br><br>           Defendant.<br><br>And all related counter-claims. | Case No. 02cv2258 JM(AJB)<br><br>ORDER TO ONTINUE HEARING ON POST-TRIAL MOTIONS [Docket No. 611] |

Upon the Joint Motion of the parties, good cause appearing, it is hereby ordered that the hearing on Defendant Jonathon Cone's post-trial motions is continued to *January 25, 2008 at 11:00 a.m.*

IT IS SO ORDERED.

DATED: November 5, 2007

                                              Hon. Jeffrey T. Miller
                                              United States District Judge